IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSAN M. GODFREY,                         ) | Case No. 8:04CV634 |
|                                            ) | |
|       Plaintiff,        ) | |
|                                            ) | |
| vs.                                        ) | **ORDER OF DISMISSAL** |
|                                            ) | |
| THE GROUP LONG TERM DISABILITY ) | |
| PLAN FOR EMPLOYEES OF BEVERLY ) | |
| ENTERPRISES, INC., BEVERLY            ) | |
| ENTERPRISES, INC., and THE            ) | |
| HARTFORD LIFE AND ACCIDENT            ) | |
| INSURANCE COMPANY,                    ) | |
|                                            ) | |
|       Defendants.       ) | |

THIS MATTER COMES before the Court on the parties' joint stipulation for dismissal with prejudice. Having fully considered the matter, the Court finds the stipulation to be in order.

IT IS THEREFORE ORDERED that this matter be, and hereby is, dismissed with prejudice, each party to pay its own costs.

DATED: April 19, 2005

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

Approved as to form and content:

| | |
|---|---|
| SUSAN M. GODFREY | THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |
| By: /s/ William C. Brown<br>William C. Brown, NE #18040<br>BROWN & BROWN<br>2027 Dodge Street, #501<br>Omaha, NE 68101 | By: /s/ Juliana Reno<br>Juliana Reno, NE #20141<br>STINSON MORRISON HECKER<br>1299 Farnam Street, Suite 1501<br>Omaha, NE 68102 |
| BEVERLY ENTERPRISES, INC. | THE GROUP LONG TERM DISABILITY PLAN FOR THE EMPLOYEES OF BEVERLY ENTERPRISES, INC. |
| By: /s/ Aaron A. Clark<br>Aaron A. Clark, NE #20045<br>MCGRATH NORTH MULLIN & KRATZ<br>1601 Dodge Street, #3700,<br>Omaha, NE 68102 | By: /s/ Aaron A. Clark<br>Aaron A. Clark, NE #20045<br>MCGRATH NORTH MULLIN & KRATZ<br>1601 Dodge Street, #3700<br>Omaha, NE 68102 |

OMADOCS 711271v1